GLENWOOD ON THE PARK, INC. *v.* MARIO D. PANICCIA
(5158)

DUPONT, C. J., HULL and DALY, Js.

Submitted on briefs February 9—decision released February 17, 1987

*Raymond W. Beckwith* filed a brief for the appellant (plaintiff).

*Kenneth B. Povodator* filed a brief for the appellee (defendant).

PER CURIAM. There is no error.